NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD O'DANIELS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7110

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4108, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Secretary of Veterans Affairs' out of time motion for a 20-day extension of time, until June 15, 2011, to file his informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>JUL 1 8 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gerald O'Daniels
Christopher L. Krafchek, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 8 2011

**JAN HORBALY**
**CLERK**